UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00368

**Christian Blanchard,**
*Plaintiff,*

v.

**City of Tyler Police Department et al.,**
*Defendants.*

**ORDER**

 Plaintiff Christian Blanchard, proceeding pro se, filed this lawsuit against defendants on July 25, 2023. Doc. 1. This case was referred to United States Magistrate Judge John D. Love. Doc. 2. On October 31, 2023, the magistrate judge issued a report recommending that plaintiff's claims against the City of Tyler Police Department be dismissed without prejudice. Doc. 15. Plaintiff acknowledged receipt of the report on November 1, 2023. Doc. 18. Plaintiff did not file objections to the report and the timeframe for doing so has passed.

 When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Doc. 15. Plaintiff's claims against the City of Tyler Police Department are dismissed without prejudice. The clerk of court is directed to terminate defendant City of Tyler Police Department from this action.

 *So ordered by the court on December 6, 2023.*

J. CAMPBELL BARKER
United States District Judge